**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,         ) | |
|                          ) | 06-04165M-001-PCT-MEA |
|      Plaintiff,           ) | |
|                          ) | **ORDER** |
| vs.                       ) | |
|                          ) | |
|                          ) | |
| ROJAER NELSON,             ) | |
|                          ) | |
|      Defendant.           ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived, defendant admitted to violating each condition of his supervised release as alleged in the petition to revoke and his detention hearing was held by defendant through defense counsel.   The Court finds the defendant has violated the terms of his supervised release as alleged in the petition.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending disposition hearing. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

DATED this 22nd day of August, 2007.

_____
Mark E. Aspey
United States Magistrate Judge