**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | 06-04165M-001-PCT-MEA |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| ROJAER NELSON, ) | |
|     Defendant. ) | |

The defendant appeared in court and admitted to violating his conditions of supervised release as alleged in the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SEVEN (7) MONTHS.** Incarceration shall run concurrently with case number 06-04265M-001-PCT-MEA.

IT IS FURTHER ORDERED that the defendant pay the previously court ordered fine of $1,000.00 and the special assessment of $25.00.

DATED this 19th day of September, 2007.

_____
Mark E. Aspey
United States Magistrate Judge